# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| BRYAN H. SIMMS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 08-cv-00177-RWR |
| BALL STREET VENTURES, LLC et al | ) | NCMD 1:12mc1 |
| *Defendant* | ) | |

**FILED JAN 06 2012 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.**

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* _05/14/2009_ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: _12/12/2011_

*ANGELA D. CAESAR, CLERK OF COURT*

*Jackie Frame*
*Signature of Clerk or Deputy Clerk*