UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



BRYAN H. SIMMS,            )
                           )
       Plaintiff,          )
                           )
   v.                      )  Civ. Action No. 08-177 (RWR)
                           )
BALL STREET VENTURES, LLC, et al., )
                           )
       Defendants.         )
_____)

NCMD 1:12 mc1

### ORDER ENTERING JUDGMENT

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that the plaintiff's motion [52] for entry of judgment be, and hereby is, GRANTED. Judgment is ENTERED for the plaintiff against defendants Ball Street Ventures, LLC; Ball Street Partners, LLC; Ball Street Fund, LLC; and Brian K. Davis in the amount of $667,846.90, plus accrued interest at the rate of $266.94 per day from March 12, 2009 to the date of this order, in the amount of $17,084.16, plus additional legal fees in the amount of $2,300. It is further

ORDERED that the defendants' motion [48] to modify the March 11, 2009 order of the court be, and hereby is, DENIED.

SIGNED this 14th day of May, 2009.

/s/
RICHARD W. ROBERTS
United States District Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 5/14/09
ANGELA D. CAESAR, CLERK
By: